**STATE of Missouri, Respondent,**

v.

**Randall G. EVANS, Appellant.**

**WD 77012**

Missouri Court of Appeals, Western District.

Filed: August 4, 2015

Gregory L. Barnes, Jefferson City, MO, for respondent.

Janet W. Larison, Grant City, MO, and Emmett D. Queener, Columbia, MO, for appellant.

Before Division Four—Alok Ahuja, Chief Judge, Presiding, Lisa White Hardwick and Mark D. Pfeiffer, Judges

### ORDER

Per Curiam

Randall Evans appeals his conviction for first-degree murder, following a jury trial. Evans raises three points, contending the circuit court abused its discretion in: (1) denying his motion for change of judge, (2) excluding evidence of a witness's videotaped interview, and (3) limiting his ability to contact jurors regarding the possibility of juror misconduct. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b).